JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY TROTTER, | ) | Case No. CV 15-03029-CAS (DTB) |
| Petitioner, | ) ) | |
| vs. | ) ) | **J U D G M E N T** |
| WARDEN, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: November 9, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE